JOHN P. McCORMICK, Respondent, *v.* THE BROOKLYN CITY
RAILROAD COMPANY, Appellant.

*McCormick* v. *Brooklyn City R. R. Co.*, 10 Misc. Rep. 8, affirmed.
(Argued October 16, 1896; decided October 30, 1896.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered October 26, 1894, which affirmed
a judgment in favor of plaintiff entered upon a verdict.

*Albert C. Tennant* for appellant.

*James D. Bell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: ANDREWS, Ch. J., O'BRIEN, BARTLETT and MAR-
TIN, JJ.
Dissent: HAIGHT and VANN, JJ.
Not sitting: GRAY, J.

---

HENRY H. FOWLER et al., Appellants, *v.* ZILLAH H. WOOD,
Impleaded, etc., Respondent.

*Fowler* v. *Wood*, 78 Hun, 304, affirmed.
(Argued October 16, 1896; decided October 30, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, entered August 9,
1894, which reversed a judgment in favor of plaintiffs, entered
upon a decision of the court on trial at Special Term and
granted a new trial.

*William L. Snyder* for appellants.

*A. J. Adams* for respondent.

Order affirmed, with costs, and judgment absolute ordered
against the plaintiffs on the stipulation, on opinion below.
All concur.